UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   2:24–cv–10276–MWF–MAR          Date          February 4, 2025

Title          JUAN VALENCIA V. BEST CALIFORNIA GAS, LTD ET AL

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                      Not Reported;
Courtroom Deputy                              Court Reporter

Attorney(s) Present for Plaintiff(s):       Attorney(s) Present for Defendant(s):
None Present                                          None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

In light of the Notice of Settlement filed 1/27/2025, the Court sets a hearing on Order To Show Cause Re Dismissal for March 10, 2025 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: _rs_